UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHELLE FRIED,<br><br>            Defendant. | No. CR-04-153-FVS<br><br>ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE |

**THIS MATTER** came before the Court on June 24, 2005, for a scheduled review hearing. The defendant was present and represented by Roger Peven. Assistant United States Attorney Pamela Byerly appeared on behalf of the government. This Order is intended to memorialize the Court's oral ruling made in open court.

In accordance with the Probation Officer's status report filed June 2, 2005, the defendant moves to modify the conditions of her supervised release, Ct. Rec. 28. Specifically, the defendant requests she be released from Turner House and placed on home detention with electronic monitoring. The defendant has agreed to pay for this service at her own expense. The government has no objection. After reviewing the Probation Officer's status report, the Court determines it is appropriate under the circumstances to modify the conditions of the defendant's supervised release. Accordingly,

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE - 1

**IT IS HEREBY ORDERED:**

1. The defendant's motion to modify her conditions of supervised release, **Ct. Rec. 28,** is **GRANTED**.
2. The conditions of the defendant's supervised release are modified to include the following: the defendant shall be released from Turner House and placed on home detention with electronic monitoring for a period of 90 days.
3. The defendant shall bear the costs of the electronic monitoring.
4. All other conditions of the defendant's supervised release shall remain the same.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 24th day of June, 2005.

> s/ Fred Van Sickle
> Fred Van Sickle
> Chief United States District Judge