PROB 12C
(7/93)

Report Date: March 14, 2006

# United States District Court

### for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Michelle Dominique Fried          Case Number:  2:04CR00153-001

Address of Offender: U.S. Marshal Custody

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 05/30/2000

| | |
|---|---|
| Original Offense: | Conspiracy to Import into the United States a Substance Containing Cocaine, 21 U.S.C. § 963 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision:  Supervised Release | |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 04/17/2004 | |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 04/16/2007 | |

---

### PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 22, 2005.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence Violation #3:** Michelle Fried is considered in violation of her supervised release in the Eastern District of Washington by failing to report to her probation office from on/or about July 2005 through March 2006.

On July 20, 2005, Ms. Fried was detained by Spokane County Sheriff's Office based on allegations of delivering a controlled substance, cocaine, to a confidential informant. Upon her release from imprisonment, Ms. Fried failed to report in person to the probation office.

On July 25, 2005, Ms. Fried contacted this officer by telephone from an undisclosed location. She was making an inquiry regarding her legal consequences due to her recent arrest. She was directed to report to the probation office on July 26, 2005, between 9:30 and 10:00 a.m. Ms. Fried failed to appear. Since that time, the probation office attempted to make contact with the offender at her reported address of 14515 East Mission in Spokane

Prob12C

**Re:  Fried, Michelle Dominique**
**March 14, 2006**
**Page 2**

Valley, Washington, without success.  On July 22, 2005, the Court issued a warrant for Ms. Fried's arrest.  Since that time, the United States Marshals Service had been attempting to locate the offender.  They advised the probation office that she was no longer residing at the above address.  She was believed to be residing in the Seattle, Washington, area.  Ms. Fried indicated she absconded because of her concern regarding the likelihood of imprisonment.

It is recommended the Court address the added violation at the supervised release hearing scheduled March 24, 2006.

Respectfully submitted,

by

Missy K. Kolbe
U.S. Probation Officer

Sworn to before me, and subscribed at Spokane, Washington

3-15-06

U. S. Magistrate Judge Cynthia Imbrogno          Date

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Other

Signature of Judicial Officer

3/27/06

Date